PER CURIAM. Plaintiff contends that "The sole question presented on this record is whether plaintiff offered and was permitted to introduce sufficient evidence to make out a prima facie case of liability against defendant, A. B. Houtz, or whether the judge was justified in intimating an opinion adverse to plaintiff's right to recover as against said defendant."

We do not think there was any error in the rulings of the court below or the judgment signed. We see no merit in plaintiff's assignments of error. We do not think the evidence sufficient to be submitted to the jury. *Denny v. Snow, ante,* 773. The judgment of the court below is
Affirmed.

---

WILLIAM A. SULLIVAN v. J. E. SWAIN ET AL.

(Filed 10 December, 1930.)

APPEAL by plaintiff from *Webb, J.,* at May Term, 1930, of BUNCOMBE.

Application for writ of mandamus to require the defendant, board of elections of Buncombe County, to place the plaintiff's name on a ballot to be used in the Democratic primary, 7 June, 1930, for nomination as candidate for office of judge of the General County Court of Buncombe County in the general election to be held 4 November, 1930, denied because, under the law, it was not clear that the defendant, board of elections, had ruled erroneously in declaring that no election was to be held for said office in 1930, for that the term of the present encumbent did not expire until 31 December, 1931. No primary election was held in June, 1930, for said nomination; and no election was held in November, 1930, for said office.

Plaintiff appeals, assigning error.

*A. Hall Johnston, J. M. Horner, Jr., and William A. Sullivan in propria persona for plaintiff.*
*No counsel for defendants.*

PER CURIAM. Dismissed as moot on authority of *Pruitt v. Wood, ante,* 788, and *Rasberry v. Hicks, ante,* 702.
Appeal dismissed.